# EXHIBIT B

EXHIBIT B













