UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FJerry, LLC,<br><br>              Plaintiff,<br>v.<br><br>All Access Internships, LLC,<br><br>              Defendant. | Civil Action No. 23-Civ.- 2079<br><br>**STIPULATION OF DISMISSAL** |

Plaintiff FJerry, LLC and All Access Internships, LLC, by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismiss the Complaint with prejudice with each party bearing its own fees and costs.

Respectfully submitted,

*/s/ Jeffrey A. Lindenbaum/*

Jeffrey A. Lindenbaum JL-1971
Jess M. Collen
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
The Holyoke-Manhattan Building
80 South Highland Avenue
Ossining, New York 10562
Tel. (914) 941-5668
Fax. (914) 941-6091
jlindenbaum@rothwellfigg.com
*Attorneys for Plaintiff*

Respectfully submitted,

*/s/ Lema Khorshid/*

Lema Khorshid
FUKSA KHORSHID, LLC
200 West Superior Street, Suite 410
Chicago, IL 60654
Tel: (312) 266-2221
lema@fklawfirm.com

*Attorney for Defendant*
*Licensed in Illinois only*

Dated: April 4, 2023